FILED
SEP 02 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26CR00390 |
| | ) | Title 18, United States Code, Section 641 |
| STACEY L. STOUDERMIRE, | ) | |
| Defendant. | ) | JUDGE NUGENT |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around April 2020, through in or around May 2023, in the Northern District of Ohio, Eastern Division, Defendant STACEY L. STOUDERMIRE, in a continuing course of conduct, willfully and knowingly did steal, purloin, and convert to her own use, money of the United States exceeding $1,000 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Supplemental Security Income benefits, in the amount of approximately $31,237, issued to a deceased person and taken by Defendant, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.